IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL A. LIND, | ) CASE NO: 4:21-cv-02165 |
| Plaintiff, | ) JUDGE: BENITA Y. PEARSON |
| v. | ) |
| NORTHEAST OHIO CORRECTIONAL, et al. | ) **PLAINTIFF'S INITIAL DISCLOSURES** |
| Defendants. | ) |

## RULE 26 DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1) Plaintiff, through the undersigned counsel, makes the following initial disclosures. These disclosures are based on information presently known and reasonably available to Plaintiff and which Plaintiff believes she may use in support of her claims. Continuing investigation and discovery will most likely cause Plaintiff to amend these initial disclosures, including by identifying other potential witnesses, documents, and by disclosing other pertinent information. Plaintiff, therefore, reserves the right to supplement these initial disclosures.

By providing these disclosures, Plaintiff does not represent that she is identifying every document, tangible thing or witness possibly relevant to her claims. In addition, these disclosures are made without Plaintiff waiving her right to object to any discovery request or proceeding involving or relating to the subject matter of these disclosures. Subject to the above qualifications and limitations Plaintiff provides the following disclosures:

**(i)   Individuals likely to have discoverable information**

1. Daniel A. Lind
   629 Oak Street
   Medina, Ohio 44256
   Plaintiff as to facts and damages.

2. Dale Lind
   Family member as to facts and damages.

2. Andrea Reidy
   Family friend as to damages.

3. Cindy Fredmonsky
   Family friend as to damages.

4. Curt Slabaugh
   Family friend as to damages.

5. Jeffrey Drogell
   Family friend as to damages.

6. Johnny Sencs
   Family friend as to damages.

7. Dian Lind
   Family member as to damages.

8. Kyle Everett
   Family member as to damages.

9. James Giovina, M.D.
   Defendant as to underlying facts of case.

10. Marissa Hoppel, APRN
    Defendant as to underlying facts of case.

11. Alexis Schnieder
    Defendant as to underlying facts of case.

12. Nichol Davis, L.P.N.
    Defenant as to underlying facts of case.

13. Dan A. Galita, M.D.
    Cuyahoga County Medical Examiner
    As to manner and cause of death of Dale Lind.

14. Representatives of Defendant Corecivic
    As to records and documents of Corecvici pertaining to Dale Lind.

15. Amy Cross, L.P.N.
    Corecivic nurse as to underlying facts

16. Megan A. Thomas, D.O.
    Alteon Health
    As to medical care provided to Dale Lind.

**(ii)   Documents in Plaintiffs' Possession**

1. Medical Examiner documents including death certificate and autopsy of Dale Lind

2. Corecivic medical records regarding Dale Lind.

3. Photographs of Dale Lind and family.

4. Dale Lind letter from Corecivic sent to family postmarked 11/19/20.

**(iii)  Computation of damages**

1. Wrongful death and survival claims to be determined.


Respectfully submitted,

*/s/ John P. Colan*

_____
Thomas D. Robenalt (0055960)
John P. Colan (0081778)
THE ROBENALT LAW FIRM, INC.
23550 Center Ridge Rd., Ste. 103
Westlake, Ohio 44145
Phone: 216-223-7535
Fax: 216-307-2352
Email: trobenalt@robenaltlaw.com
         jcolan@robenaltlaw.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing will be sent to all parties of record via the Court's electronic filing system on this 2nd day of February 2022.

*/s/ John P. Colan*
_____
THOMAS D. ROBENALT (#0055960)
JOHN COLAN (#0081778)
**THE ROBENALT LAW FIRM, INC.**

*Attorneys for Plaintiff*