PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| DANIEL A. LIND, | ) | |
| | ) | CASE NO.  4:21CV2165 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORTHEAST OHIO CORRECTIONAL | ) | |
| CENTER, *et al*., | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 38] |

Pending is Attorney Rachel Love's Motion for Admission to Appear Pro Hac Vice.  ECF No. 38.  The motion is accompanied by a declaration of good standing (ECF No. 38-1) and the $120.00 fee (Receipt Number AOHNDC-12144196) as required by LR 83.5(h).

For good cause shown, the motion is granted. Rachel Love shall be entered on the docket as representing Defendants Northeast Ohio Correctional Center, *et al*.

The attorney is reminded of the requirement to register for CM/ECF and to file and receive all documents electronically.  *See* LR 5.1(c).

IT IS SO ORDERED.

August 25, 2023                                          */s/ Benita Y. Pearson*
Date                                                          Benita Y. Pearson
                                                                 United States District Judge