**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| DANIEL A. LIND, Executor of the Estate of Dale W. Lind, Sr., | Civil Action No. 4:21-CV-02165-BYP |
| Plaintiff, | **NOTICE OF SUBMISSION OF DEPOSITION TRANSCRIPTS TO BE USED AT TRIAL** |
| v. | |
| NORTHEAST OHIO CORRECTIONAL CENTER, et al., | |
| Defendants. | |

Defendants Northeast Ohio Correctional Center, CoreCivic, Inc., CoreCivic of Tennessee, LLC, James Giovino, MD, Marissa Hoppel, Alexis Schneider, and Nichol Davis ("Defendants") hereby submit the following deposition transcripts to be used at Trial:

1. Nichol Davis, LPN taken on August 8, 2022.

2. Marissa Hoppel, APRN taken on August 9, 2022.

3. Alexis Schneider, L.P.N. taken March 3, 2023.

RESPECTFULLY SUBMITTED this 12th day of September, 2023.

By:/s/ Timothy J. Bojanowski
Timothy J. Bojanowski  (0016162)
Rachel Love *(pro hac vice)*
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ  85226
Telephone:   (480) 420-1600
Facsimile:    (480) 420-1695
tbojanowski@strucklove.com
rlove@strucklove.com

*Attorneys for Defendants Northeast Ohio
Correctional Center, CoreCivic, Inc., CoreCivic
of Tennessee, LLC, James Giovino, MD, Marissa
Hoppel, Alexis Schneider, and Nichol Davis*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 12, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Thomas D. Robenalt
>Shaun Young
>The Robenalt Law Firm, Inc.
>23550 Center Ridge Road, Ste. 103
>Westlake, OH  44145
>trobenalt@robenaltlaw.com
>syoung@robenaltlaw.com
>
>*Attorneys for Plaintiff*

/s/Timothy J. Bojanowski
Timothy J. Bojanowski
