# EXHIBIT 3
## TO BE FILED UNDER SEAL
**Deposition Transcript - A. Schneider**