# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DANIEL A. LIND, Executor of the Estate of Dale W. Lind, Sr.,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTHEAST OHIO CORRECTIONAL CENTER, et al.,<br><br>    Defendants. | Civil Action No. 4:21-CV-02165-BYP<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

  Defendants Northeast Ohio Correctional Center, CoreCivic, Inc., CoreCivic of Tennessee, LLC, James Giovino, MD, Marissa Hoppel, Alexis Schneider, and Nichol Davis ("Defendants") move this Court for an Order directing the Clerk to File under Seal Exhibits 1-3 of Defendants' Notice of Submission of Deposition Transcripts to be Used at Trial, which include Defendants Davis, Hoppel and Schneider's deposition transcripts taken on August 8, 2022, August 9, 2022 and March 3, 2023, respectively, as the transcripts contain personal identifying information and as such are marked confidential pursuant to the parties' Protective Order.

RESPECTFULLY SUBMITTED this 12th day of September, 2023.

By:/s/ Timothy J. Bojanowski
Timothy J. Bojanowski (0016162)
Rachel Love *(pro hac vice)*
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Telephone: (480) 420-1600
Facsimile: (480) 420-1695
tbojanowski@strucklove.com
rlove@strucklove.com

*Attorneys for Defendants Northeast Ohio Correctional Center, CoreCivic, Inc., CoreCivic of Tennessee, LLC, James Giovino, MD, Marissa Hoppel, Alexis Schneider, and Nichol Davis*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 12, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Thomas D. Robenalt
>Shaun Young
>The Robenalt Law Firm, Inc.
>23550 Center Ridge Road, Ste. 103
>Westlake, OH  44145
>trobenalt@robenaltlaw.com
>syoung@robenaltlaw.com
>
>*Attorneys for Plaintiff*

                          /s/Timothy J. Bojanowski
                          Timothy J. Bojanowski