## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DANIEL A. LIND, Executor of the Estate of Dale W. Lind, Sr., <br><br> Plaintiff, <br><br> v. <br><br> NORTHEAST OHIO CORRECTIONAL CENTER, et al., <br><br> Defendants. | Civil Action No. 4:21-CV-02165-BYP <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

The Court, having reviewed Defendants Northeast Ohio Correctional Center, CoreCivic, Inc., CoreCivic of Tennessee, LLC, James Giovino, MD, Marissa Hoppel, Alexis Schneider, and Nichol Davis ("Defendants") Motion for Leave to File Under Seal Exhibits 1-3 of Defendants' Notice of Submission of Deposition Transcripts to be Used at Trial, which include three deposition transcripts containing personal identifying information, and for good cause appearing,

IT IS ORDERED that Defendants' Motion is GRANTED.