PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL A. LIND, | ) | |
| | ) | CASE NO.  4:21CV2165 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORTHEAST OHIO CORRECTIONAL | ) | |
| CENTER, *et al.*, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Defendants. | ) | |

On September 13, 2023, the parties reached a settlement at the Final Pretrial Conference subject to the approval of the probate court.  Therefore, the docket shall be marked "settled and dismissed without prejudice."  On or before November 13, 2023, and after the approval of settlement by the Medina County, Ohio Probate Court, the parties shall submit an executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order.

The Court will retain jurisdiction to enforce the settlement in this matter.  To assist the Court in doing so, the parties are directed to submit a copy of the executed settlement agreement to Judy_Guyer@ohnd.uscourts.gov.

All upcoming case management and trial dates are vacated.

IT IS SO ORDERED.

September 13, 2023                                     */s/ Benita Y. Pearson*
Date                                                          Benita Y. Pearson
                                                                  United States District Judge